Certificate Number: 06531-PAM-DE-040103405

Bankruptcy Case Number: 25-02529



06531-PAM-DE-040103405

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 18, 2025, at 9:35 o'clock AM CDT, Kathryn Brenner completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: September 18, 2025      By: /s/Sharon Schroeder

Name: Sharon Schroeder

Title: Certified Credit Counselor