UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| KATHRYN E BRENNER | : | |
|     Debtor | : | CHAPTER 13 |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
|     Movant | : | CASE NO. 5-25-02529-MJC |
| | : | |
| KATHRYN E BRENNER | : | |
|     Respondent | : | |

## TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 20th day of October 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtor(s)' Plan for the following reason(s):

1. Debtor(s)' Plan violates 11 U.S.C. § 1322(a)(2) in that Debtor(s) has not provided for full payment, in deferred cash payments, of all claims entitled to priority under 11 U.S.C. § 507. See Claim 3-1

2. Failure to properly state the liquidation value in Section 1B of the Plan. s/b $7,222.53

3. Trustee avers that Debtor(s)' Plan is not feasible based upon the following:

    a. Secured claim(s) is not in the Plan. See Claim 1-1

4. Debtor has not demonstrated that all tax returns have been filed as required by § 1325(a)(9). 2023 & 2024 Federal

5. Trustee avers that Debtor(s)' Plan cannot be administered due to the lack of the following:
    a. Debtor(s) has not provided to Trustee pay stubs for the month(s) of September 2025 for non-filing spouse.

WHEREFORE, Trustee alleges and avers that Debtor(s)' Plan cannot be confirmed, and therefore Trustee prays that this Honorable Court will:

  b. Deny confirmation of Debtor(s)' Plan.
  c. Dismiss or convert Debtor(s)' case.
  d. Provide such other relief as is equitable and just.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY: /s/ Douglas R. Roeder
Attorney for Trustee

2

## CERTIFICATE OF SERVICE

       AND NOW, this 20th day of October 2025, I hereby certify that I have served the within Objection by electronically notifying all parties or by depositing a true and correct copy of the same in the Unites States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

KIM M DIDDIO ESQUIRE
17 N 6TH STREET
STROUDSBURG, PA 18360-

                                                /s/Ashley Schott
                                                Office of Jack N. Zaharopoulos
                                                Standing Chapter 13 Trustee