United States Bankruptcy Court

Middle District of Pennsylvania

In re: Case No. 25-02529-MJC

Kathryn E Brenner  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2
Date Rcvd: Oct 20, 2025      Form ID: ntcnfhrg      Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kathryn E Brenner, 101 Buck Run Drive, Milford, PA 18337-4472 |
| 5739886 | + | CHREBET ASSOCIATES LLC, 3514 US HIGHWAY 9, HOWELL, NJ 07731-3345 |
| 5739887 | | Dingmans Medical Center, 1592 Route 739 Suite 1, Dingmans Ferry, PA 18328-3513 |
| 5739891 | | Labcorp, 358 South Main Street, Burlington, NC 27215-5837 |
| 5739895 | | Summit Health, PO Box 95000, Philadelphia, PA 19195-0001 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5739884 | | Email/Text: customer.service@atlantichealth.org | Oct 20 2025 18:45:00 | Atlantic Health System, PO Box 21385, New York, NY 10087-1385 |
| 5739885 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Oct 20 2025 18:55:14 | CAPITAL ONE AUTO FINANCE, PO BOX 259407, PLANO, TX 75025-9407 |
| 5740685 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 20 2025 18:55:15 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5749137 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 20 2025 18:55:34 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5739888 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 20 2025 18:45:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5739889 | ^ | MEBN | Oct 20 2025 18:39:53 | KIKOFF LENDING, LLC, PO BOX 40070, RENO, NV 89504-4070 |
| 5739890 | ^ | MEBN | Oct 20 2025 18:39:49 | KML Law Group, Attn: Geraldine M. Linn, Esq, 701 Market Street Suite 5000, Philadelphia, PA 19106-1541 |
| 5739892 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 20 2025 18:55:14 | LVNV FUNDING LLC, PO BOX 1269, GREENVILLE, SC 29602-1269 |
| 5751354 | + | Email/Text: bankruptcy@certified-solutions.com | Oct 20 2025 18:45:00 | NEWTON MEDICAL CTR, C/O CERTIFIED-SOLUTIONS, PO BOX 1750, WHITEHOUSE STATION, NJ 08889-1750 |
| 5739893 | + | Email/Text: opportunitynotices@gmail.com | Oct 20 2025 18:46:00 | OPPORTUNITY FINANCIAL, 130 E RANDOLPH ST STE 34, CHICAGO, IL 60601-6207 |
| 5739894 | + | Email/PDF: ebnotices@pnmac.com | Oct 20 2025 18:55:36 | PENNYMAC LOAN SERVICES, 6101 CONDOR DR STE 200, MOORPARK, CA 93021-2602 |
| 5740133 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 20 2025 18:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5748595 | + | Email/PDF: ebnotices@pnmac.com | Oct 20 2025 18:55:25 | 17128-0946 PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5739896 | + | Email/Text: brittany@sunriselake.org | Oct 20 2025 18:46:24 | Sunrise Lake Property Owners Assoc., 101 Sunrise Drive, Milford, PA 18337-4001 |
| 5740772 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Oct 20 2025 18:45:00 | U.S. Department of Housing and Urban Development, The Strawbridge Building, 801 Market Street, 12th Floor, Philadelphia, PA 19107 |
| 5739897 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 20 2025 18:45:00 | Verizon Wireless, PO Box 408, Newark, NJ 07101-0408 |

TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 22, 2025          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Kim M Diddio | on behalf of Debtor 1 Kathryn E Brenner kdiddio@diddiolaw.com kdiddio@gmail.com;r52326@notify.bestcase.com;kimdiddioattorneyatlaw@jubileebk.net |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Kathryn E Brenner,
aka Kathryn E Kennedy, aka Kathryn Elizabeth Brenner,

Chapter 13

**Debtor 1**

Case No. 5:25−bk−02529−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**November 27, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: December 4, 2025<br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: RyanEshelman, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 20, 2025 |

ntcnfhrg (08/21)