## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kathryn E Brenner aka Kathryn E Kennedy, aka Kathryn Elizabeth Brenner<br><br>    Debtor(s)<br><br>PENNYMAC LOAN SERVICES, LLC, its successors and/or assigns<br><br>    Movant<br>    vs.<br><br>Kathryn E Brenner aka Kathryn E Kennedy, aka Kathryn Elizabeth Brenner<br><br>    Debtor(s)<br><br>Jack N. Zaharopoulos<br>    Trustee | CHAPTER 13<br><br><br><br><br><br>NO. 25-02529 MJC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of PENNYMAC LOAN SERVICES, LLC, which was filed with the Court on or about October 15, 2025.

Dated: January 5, 2026

                                            Respectfully submitted,

                                            /s/Matthew Fissel
                                            Matthew Fissel, Esq.
                                            KML Law Group, P.C.
                                            BNY Mellon Independence Center
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA  19106
                                            Phone: (215)-627-1322
                                            mfissel@kmllawgroup.com

| | |
|---|---|
| IN RE: Kathryn E Brenner aka Kathryn E Kennedy, aka Kathryn Elizabeth Brenner<br>　　　　　　　　　　Debtor(s)<br><br>PENNYMAC LOAN SERVICES, LLC<br>　　　　　　　　　　Movant<br>　　　　vs.<br><br>Kathryn E Brenner aka Kathryn E Kennedy, aka Kathryn Elizabeth Brenner<br>　　　　　　　　　　Debtor(s)<br><br>Jack N. Zaharopoulos,<br>　　　　　　　　　　Trustee | BK NO. 25-02529 MJC<br><br>Chapter 13 |

## CERTIFICATE OF SERVICE
## PRAECIPE TO WITHDRAW

I, Matthew Fissel of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>January 9, 2026</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

<u>Debtor(s)</u>
Kathryn E Brenner aka Kathryn E Kennedy, aka Kathryn Elizabeth Brenner
101 Buck Run Drive
Miford, PA 18337

<u>Attorney for Debtor(s) (via ECF)</u>
Kim M. Diddio, Esq.
17 North 6th Street
Stroudsburg, PA 18360

<u>Trustee (via ECF)</u>
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service:  electronic means or first-class mail

Dated: <u>January 9, 2026</u>

　　　　　　　　　　　　　　　　　　　　<u>**/s/ Matthew Fissel**</u>
　　　　　　　　　　　　　　　　　　　　Matthew Fissel
　　　　　　　　　　　　　　　　　　　　Attorney I.D. 314567
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　215-627-1322
　　　　　　　　　　　　　　　　　　　　mfissel@kmllawgroup.com