# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Kathryn E Brenner, aka Kathryn E Kennedy, aka Kathryn Elizabeth Brenner, | Chapter 13 |
| **Debtor 1** | Case No. 5:25–bk–02529–MJC |

### Order

   **IT IS ORDERED** that the case is hereby dismissed as to Debtor 1 for failure to comply with Order dated September 9, 2025.

   **Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: January 14, 2026

ordsmiss (05/18)