United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-02529-MJC |
| Kathryn E Brenner | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Jan 22, 2026 | Form ID: pdf010 | Total Noticed: 24 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5739886 | + | CHREBET ASSOCIATES LLC, 3514 US HIGHWAY 9, HOWELL, NJ 07731-3345 |
| 5739887 | | Dingmans Medical Center, 1592 Route 739 Suite 1, Dingmans Ferry, PA 18328-3513 |
| 5739891 | | Labcorp, 358 South Main Street, Burlington, NC 27215-5837 |
| 5739895 | | Summit Health, PO Box 95000, Philadelphia, PA 19195-0001 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5755816 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 22 2026 22:47:00 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5739884 | | Email/Text: customer.service@atlantichealth.org | Jan 22 2026 18:43:00 | Atlantic Health System, PO Box 21385, New York, NY 10087-1385 |
| 5758728 | + | Email/Text: bkattorneynotices@gmail.com | Jan 22 2026 18:43:00 | Brandon S. Lefkowitz, 29777 Telegraph Road, Suite 2440, Southfield, MI 48034-7667 |
| 5739885 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jan 22 2026 18:53:15 | CAPITAL ONE AUTO FINANCE, PO BOX 259407, PLANO, TX 75025-9407 |
| 5758729 | + | Email/Text: opportunitynotices@gmail.com | Jan 22 2026 18:43:00 | Capital Community Bank, c/o Opportunity Financial, LLC, P.O. Box 5040, Fredericksburg, VA 22403-0640 |
| 5740685 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 22 2026 18:53:07 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5749137 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 22 2026 18:53:15 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5739888 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 22 2026 18:43:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5739889 | + | Email/Text: bankruptcy@kikoff.com | Jan 22 2026 18:43:00 | KIKOFF LENDING, LLC, PO BOX 40070, RENO, NV 89504-4070 |
| 5739890 | ^ | MEBN | Jan 22 2026 18:42:48 | KML Law Group, Attn: Geraldine M. Linn, Esq, 701 Market Street Suite 5000, Philadelphia, PA 19106-1541 |
| 5739892 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 22 2026 21:02:22 | LVNV FUNDING LLC, PO BOX 1269, GREENVILLE, SC 29602-1269 |
| 5753205 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 22 2026 21:02:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5751354 | + | Email/Text: bankruptcy@certified-solutions.com | Jan 22 2026 18:43:00 | NEWTON MEDICAL CTR, C/O |

| Recipient | Method | Date/Time | Address |
| --- | --- | --- | --- |
| | | | CERTIFIED-SOLUTIONS, PO BOX 1750, WHITEHOUSE STATION, NJ 08889-1750 |
| 5739893 + | Email/Text: opportunitynotices@gmail.com | Jan 22 2026 18:43:00 | OPPORTUNITY FINANCIAL, 130 E RANDOLPH ST STE 34, CHICAGO, IL 60601-6207 |
| 5739894 + | Email/PDF: ebnotices@pnmac.com | Jan 22 2026 18:53:12 | PENNYMAC LOAN SERVICES, 6101 CONDOR DR STE 200, MOORPARK, CA 93021-2602 |
| 5740133 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 22 2026 18:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5748595 + | Email/PDF: ebnotices@pnmac.com | Jan 22 2026 18:53:08 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5739896 + | Email/Text: brittany@sunriselake.org | Jan 22 2026 18:44:49 | Sunrise Lake Property Owners Assoc., 101 Sunrise Drive, Milford, PA 18337-4001 |
| 5740772 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jan 22 2026 20:42:39 | U.S. Department of Housing and Urban Development, The Strawbridge Building, 801 Market Street, 12th Floor, Philadelphia, PA 19107 |
| 5739897 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 22 2026 18:43:00 | Verizon Wireless, PO Box 408, Newark, NJ 07101-0408 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 24, 2026     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2026 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Kim M Diddio | on behalf of Debtor 1 Kathryn E Brenner kdiddio@diddiolaw.com kdiddio@gmail.com;r52326@notify.bestcase.com;kimdiddioattorneyatlaw@jubileebk.net |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Kathryn E. Brenner, | : | Case No. 5:25-bk-02529-MJC |
| | : | |
| Debtor. | : | |

## ORDER

Upon consideration of Debtor's Motion to Reinstate Case, Doc. 28 ("Motion"), the above-captioned case having been dismissed for failure to pay filing fee and Debtor having subsequently paid the filing fee in full, it is hereby

**ORDERED** that the Motion is **GRANTED** and the above-captioned case is hereby **REINSTATED**.

By the Court,

_/s/ Mark J. Conway_
Mark J. Conway, Bankruptcy Judge
Dated: January 22, 2026