UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| KATHRYN E BRENNER, : | |
|     Debtor : | CHAPTER 13 |
| : | |
| JACK N. ZAHAROPOULOS : | |
| STANDING CHAPTER 13 TRUSTEE : | |
|     Movant : | CASE NO. 5:25-BK-02529-MJC |
| : | |
| KATHRYN E BRENNER, : | |
|     Respondent : | |

### TRUSTEE'S OBJECTION TO FIRST AMENDED CHAPTER 13 PLAN

AND NOW, this 25th day of February 2026, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtor(s)' Plan for the following reason(s):

1. Debtor(s)' Plan violates 11 U.S.C. § 1322(a)(2) in that Debtor(s) has not provided for full payment, in deferred cash payments, of all claims entitled to priority under 11 U.S.C. § 507. The priority portion of the IRS Claim is estimated for 2023 and 2024.

2. Trustee avers that Debtor(s)' Plan cannot be administered due to the lack of the following:
   a. Debtor(s) has not provided to Trustee the Proof of Claim(s) for Sunrise Lake Property Owners Association.

WHEREFORE, Trustee alleges and avers that Debtor(s)' Plan cannot be confirmed, and therefore Trustee prays that this Honorable Court will:

    a. Deny confirmation of Debtor(s)' Plan.
    b. Dismiss or convert Debtor(s)' case.
    c. Provide such other relief as is equitable and just.

                                          Respectfully submitted:

                                          Jack N. Zaharopoulos
                                          Standing Chapter 13 Trustee
                                          8125 Adams Drive, Suite A
                                          Hummelstown, PA 17036
                                          (717) 566-6097
                               BY: /s/ Agatha R. McHale
                                          Attorney for Trustee

## CERTIFICATE OF SERVICE

       AND NOW, this 25th day of February 2026, I hereby certify that I have served the within Objection by electronically notifying all parties or by depositing a true and correct copy of the same in the Unites States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

KIM M DIDDIO ESQUIRE
17 N 6TH STREET
STROUDSBURG, PA 18360-

                                                       /s/Ashley Schott
                                                      Office of Jack N. Zaharopoulos
                                                      Standing Chapter 13 Trustee