# THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| KATHRYN E. BRENNER | : | **Chapter 13** |
| Debtor | : | **Bk. No. 5:25-BK-02529 (MJC)** |
| | : | |
| KATHRYN E. BRENNER | : | |
| Objector | : | |
| | : | |
| CAPITAL ONE AUTO FINANCE | : | |
| Claimant | : | |

## DEBTOR'S OBJECTION TO CAPITAL ONE AUTO FINANCE
## PROOF OF CLAIM No. 5

The Debtor, by and through undersigned counsel, hereby objects to Proof of Claim Number 5 in the amount of $11,736.74 as an unsecured car loan deficiency claim filed by Capital One Auto Finance ("Creditor") pursuant to 11 U.S.C. §§ 502 and 506, Federal Rule of Bankruptcy Procedure 3007, and applicable non-bankruptcy law, and in support thereof avers as follows:

### GROUNDS FOR OBJECTION

1. The vehicle was repossessed prepetition.

2. The claim is based on an alleged deficiency following repossession and sale of collateral.

3. The creditor has failed to attach required documentation establishing:

- Date of repossession
- Date of sale
- Gross sale proceeds
- Expenses of sale
- Application of proceeds
- Post-sale deficiency calculation

4. Under 13 Pa.C.S. § 9610(b), every disposition of collateral must be commercially reasonable.

1

5. Under 13 Pa.C.S. § 9611(b), the secured party must send reasonable authenticated notice of disposition to the debtor.

6. Under 13 Pa.C.S. § 9626(a), the secured party bears the burden of proving compliance with Article 9 when a deficiency is sought.

7. No evidence of commercially reasonable sale or proper notice has been provided.

8. Absent proof of compliance with Pennsylvania's UCC, the creditor is barred from recovering any deficiency.

## RELIEF REQUESTED

WHEREFORE, the Debtor respectfully requests that Claim No. 5 be disallowed in its

entirety, or alternatively that Claim No. 5 be reduced to zero.

Respectfully submitted,

Dated: February 26, 2026

*/s/ Kim M. Diddio*
Kim M. Diddio, Esquire
Counsel for the Debtor
17 North 6th Street
Stroudsburg, PA 18360
(570)801-1336; fax (570)421-8457
kdiddio@diddiolaw.com

2