United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Kathryn E Brenner

    Debtor

Case No. 25-02529-MJC

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 27, 2026 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: brittany@sunriselake.org | Feb 27 2026 18:41:23 | Sunrise Lake Property Owners Association, 101 Sunrise Drive, Milford, PA 18337-4001 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2026 at the address(es) listed below:**

**Name**      **Email Address**

Jack N Zaharopoulos

     ecf_pahu_alt@trustee13.com

Kim M Diddio

     on behalf of Debtor 1 Kathryn E Brenner kdiddio@diddiolaw.com
     kdiddio@gmail.com;r52326@notify.bestcase.com;kimdiddioattorneyatlaw@jubileebk.net

Matthew K. Fissel

     on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Robert J Kidwell, III

     on behalf of Creditor Sunrise Lake Property Owners Association rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
Kathryn E Brenner : Case No. 5:25-bk-02529-MJC
*aka* Kathryn E Kennedy :
*aka* Kathryn Elizabeth Brenner :
      Debtor, :
  :
Sunrise Lake Property Owners Association, :
      Movant/Secured Creditor, :
v. :
Kathryn E. Brenner, :
      Respondent, :
and :
Jack N Zaharopoulos :
      Standing Chapter 13 Trustee. :

## ORDER

Upon consideration of the Motion of Sunrise Lake Property Owners Association, Inc. to extend the time of the claims bar date to file a late claim, Doc. 34 ("Motion'), after counsel's certification that proper notice was provided to all parties entitled to notice, no responses having been filed thereto, and after a hearing held on February 26, 2026, it is hereby

**ORDERED** that:

1. The Motion is **GRANTED**.

2. Sunrise Lake Property Owners Association, Inc. is granted leave to file a late claim in this matter **on or before April 7, 2026**; and

3. The Chapter 13 Trustee shall treat the claim in accordance with the confirmed plan and the provisions of the Bankruptcy Code.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: February 27, 2026