## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

KATHRYN E BRENNER A/K/A KATHRYN E KENNEDY

CASE NO: 5:25-BK-02529

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 3/18/2026, I did cause a copy of the following documents, described below,

Notice of Confirmation Hearing

2nd Amended Chapter 13 Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/18/2026

/s/ Kim M. Diddio
Kim M. Diddio  86708
Attorney for Debtor
Kim Diddio Attorney at Law
17 NORTH 6TH STREET
Stroudsburg, PA 18360
570-801-1336
kdiddio@diddiolaw.com

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

KATHRYN E BRENNER A/K/A KATHRYN E
KENNEDY

CASE NO: 5:25-BK-02529

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 3/18/2026, a copy of the following documents, described below,

Notice of Confirmation Hearing

2nd Amended Chapter 13 Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/18/2026

_Victoria Blake_

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Kim M. Diddio
Kim Diddio Attorney at Law
17 NORTH 6TH STREET
Stroudsburg, PA  18360

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

EXCLUDE

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 525-BK-02529
MIDDLE DISTRICT OF PENNSYLVANIA
WED MAR 18 11-33-9 PST 2026

CAPITAL ONE AUTO FINANCE  A DIVISION OF CAPI
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

(U)PENNYMAC LOAN SERVICES  LLC

SUNRISE LAKE PROPERTY OWNERS ASSOCIATION
101 SUNRISE DRIVE
MILFORD  PA 18337-4001

EXCLUDE

US BANKRUPTCY COURT
MAX ROSENN US COURTHOUSE
197 SOUTH MAIN STREET
WILKES BARRE  PA 18701-1500

ASHLEY FUNDING SERVICES  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

ATLANTIC HEALTH SYSTEM
PO BOX 21385
NEW YORK  NY 10087-1385

BRANDON S LEFKOWITZ
29777 TELEGRAPH ROAD  SUITE 2440
SOUTHFIELD  MI 48034-7667

CAPITAL ONE AUTO FINANCE
PO BOX 259407
PLANO  TX 75025-9407

CHREBET ASSOCIATES LLC
3514 US HIGHWAY 9
HOWELL  NJ 07731-3345

CAPITAL COMMUNITY BANK
CO OPPORTUNITY FINANCIAL  LLC
PO BOX 5040
FREDERICKSBURG  VA 22403-0640

CAPITAL ONE AUTO FINANCE  A DIVISION OF
AIS PORTFOLIO SERVICES  LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

EXCLUDE

(D)CAPITAL ONE AUTO FINANCE  A DIVISION OF CAPI
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

DINGMANS MEDICAL CENTER
1592 ROUTE 739 SUITE 1
DINGMANS FERRY  PA 18328-3513

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA  PA 19101-7346

KIKOFF LENDING  LLC
PO BOX 40070
RENO  NV 89504-4070

KML LAW GROUP
ATTN GERALDINE M LINN  ESQ
701 MARKET STREET SUITE 5000
PHILADELPHIA  PA 19106-1541

LVNV FUNDING LLC
PO BOX 1269
GREENVILLE  SC 29602-1269

LVNV FUNDING  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

LABCORP
358 SOUTH MAIN STREET
BURLINGTON  NC 27215-5837

NEWTON MEDICAL CTR
CO CERTIFIEDSOLUTIONS
PO BOX 1750
WHITEHOUSE STATION  NJ 08889-1750

OPPORTUNITY FINANCIAL
130 E RANDOLPH ST STE 34
CHICAGO  IL 60601-6207

PENNYMAC LOAN SERVICES
6101 CONDOR DR STE 200
MOORPARK  CA 93021-2602

PENNSYLVANIA DEPARTMENT OF REVENUE
BANKRUPTCY DIVISION PO BOX 280946
HARRISBURG  PA 17128-0946

PENNYMAC LOAN SERVICES  LLC
PO BOX 2410
MOORPARK  CA 93020-2410

SUMMIT HEALTH
PO BOX 95000
PHILADELPHIA  PA 19195-0001

SUNRISE LAKE PROPERTY OWNERS ASSOC
101 SUNRISE DRIVE
MILFORD  PA 18337-4001

(P)US DEPARTMENT OF HOUSING  URBAN DEVELOPMENT
ATTN OFFICE OF REGIONAL COUNSEL
801 MARKET STREET 12TH FLOOR
PHILADELPHIA PA 19107-3126

EXCLUDE

UNITED STATES TRUSTEE
US COURTHOUSE
1501 N 6TH ST
HARRISBURG  PA 17102-1104

VERIZON WIRELESS
PO BOX 408
NEWARK  NJ 07101-0408

EXCLUDE

(P)JACK N  ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

EXCLUDE

KATHRYN E BRENNER
101 BUCK RUN DRIVE
MILFORD  PA 18337-4472

EXCLUDE

KIM M DIDDIO
17 N 6TH STREET
STROUDSBURG  PA 18360-2177

COURT'S LIST OF NEF (ELECTRONIC SERVICE) RECIPIENTS:

(Trustee)
Jack N Zaharopoulos
Standing Chapter 13
8125 Adams Drive, Suite A
Hummelstown, PA 17036
info@pamd13trustee.comAdded: 09/08/2025

info@pamd13trustee.comAdded: 09/08/2025
(Trustee)

represented by:
Matthew K. Fissel
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106
Sunrise Lake Property Owners Association
101 Sunrise Drive
represented by:
Robert J Kidwell, III
Newman Williams
712 Monroe Street
Stroudsburg, PA 18360
United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102

ustpregion03.ha.ecf@usdoj.govAdded:
09/08/2025(Asst. U.S. Trustee)

Kathryn E Brenner
101 Buck Run Drive
Milford, PA 18337
represented by:
Kim M Diddio
17 N. 6th Street
Stroudsburg, PA 18360
Capital One Auto Finance, a division of
Capital One, N.A., c/o AIS Portfolio
Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

kdiddio@diddiolaw.com