| | |
|---|---|
| IN RE:<br><br>KATHRYN E. BRENNER<br>  AKA KATHRYN E. KENNEDY<br>  AKA KATHRYN ELIZABETH BRENNER<br><br>Debtor | Chapter 13<br>Case No. 25-02529-MJC |
| CAPITAL ONE AUTO FINANCE, A<br>DIVISION OF CAPITAL ONE, N.A.<br><br>Movant<br><br>v.<br><br>KATHRYN E. BRENNER<br>  AKA KATHRYN E. KENNEDY<br>  AKA KATHRYN ELIZABETH BRENNER<br>    (Debtor)<br><br>KEITH J. BRENNER JR.<br>    (Co-Debtor)<br><br>JACK N. ZAHAROPOULOS<br>    (Trustee)<br><br>Respondents | Doc. No. 36 |

**CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A.'S RESPONSE TO DEBTOR'S OBJECTION TO CAPITAL ONE AUTO FINANCE PROOF OF COAM NO. 5**

NOW COMES the Creditor, Capital One Auto Finance, a division of Capital One, N.A. and responds to Debtor's Objection to Capital One Auto Finance Proof of Coam No. 5 as follows:

1. Creditor agrees.

2. Creditor agrees.

3. The Creditor represents that the Debtor was provided with all applicable statutory letters prior to the filing of this proof of claim. See Exhibit A. The Creditor is in the process of filing an amended proof of claim.

4. No response required and leaves the Debtor to the statement in Paragraph 4.

5. No response required and leaves the Debtor to the statement in Paragraph 5.

6. No response required and leaves the Debtor to the statement in Paragraph 6.

7. The Creditor will address in Amended Proof of Claim.

8. Creditor disagrees.

WHEREFORE Capital One Auto Finance, a division of Capital One, N.A., prays that the Debtor's Objection is denied.

Date: <u>March 26, 2026</u>

Respectfully Submitted,

<u>/s/ Elizabeth A. Trachtman</u>
Eliza Garifullina, Esq. PA 336983
Elizabeth A. Trachtman, Esq. PA 333427
Michele M. Bradford, Esq. PA 69849
Orlans Law Group PLLC
Attorney for Capital One Auto Finance, a division of Capital One, N.A.
200 Eagle Road, Bldg 2, Suite 120
Wayne, PA 19087
(484) 367-4191
Email: egarifullina@orlans.com
etrachtman@orlans.com
mbradford@orlans.com
File Number: 26-003310