United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                  Case No. 25-02529-MJC

Kathryn E Brenner                                                          Chapter 13

        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                           User: AutoDocke                                    Page 1 of 2

Date Rcvd: Apr 16, 2026                     Form ID: pdf010                              Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                       regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | Email/PDF: acg.coaf.ebn@aisinfo.com | Apr 16 2026 18:42:26 | Capital One Auto Finance, Sanjiv Yajnik, President, 7933 Preston Road, Plano, TX 75024-2302 |
| 5740685 | + Email/PDF: acg.acg.ebn@aisinfo.com | Apr 16 2026 18:42:26 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2026                        Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Elizabeth Trachtman | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. ANHSOrlans@InfoEx.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Kim M Diddio | on behalf of Debtor 1 Kathryn E Brenner kdiddio@diddiolaw.com kdiddio@gmail.com;r52326@notify.bestcase.com;kimdiddioattorneyatlaw@jubileebk.net |

Matthew K. Fissel

on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Robert J Kidwell, III

on behalf of Creditor Sunrise Lake Property Owners Association rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

IN RE: :

KATHRYN E. BRENNER :  **Chapter 13**

       Debtor :  **Case No. 5:25-BK-02529-MJC**

        :

KATHRYN E. BRENNER :

       Objector :

        :

CAPITAL ONE AUTO FINANCE :

       Claimant :

## ORDER

Upon consideration of Debtor's Objection to Claim Number 5 of Capital One Auto Finance, Doc. 36 ("Objection"), Claimant's Answer in response thereto, Doc. 44, and failure to appear at a hearing held on April 16, 2026, and for the reasons stated on the record, it is hereby

    **ORDERED** that the Objection is **SUSTAINED**, and it is further

    **ORDERED** that the amount of Claim Number 5 is hereby reduced to zero (0).

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: April 16, 2026